NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: AARON GERSHON FILLER,

*Appellant*

---

2015-1687

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/012,388.

---

## JUDGMENT

---

AARON GERSHON FILLER, Tensor Law, P.C., Santa Monica, CA, argued pro se.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 8, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |